UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN SIMMONS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE AMERICAN RED CROSS; GREATER LONG BEACH CHAPTER OF THE AMERICAN RED CROSS; FRESNO-MADERA CHAPTER OF THE AMERICAN RED CROSS; ELLEN KNAPP; DANA REGIER; and NANCY KINDELAN,<br><br>　　　　　　　Defendants. | Case No.  1:10-cv-01932-LJO-GSA<br><br>**ORDER GRANTING JOINT STIPULATION RE:  (1) DEFENSE COUNSEL TO ACCEPT SERVICE ON BEHALF OF DEFENDANT THE AMERICAN RED CROSS; AND (2) PREVIOUSLY FILED ANSWER TO BE DEEMED TO INCLUDE DEFENDANT THE AMERICAN RED CROSS**<br><br>**Action Filed:**　　July 23, 2010<br>**Action Removed:** October 13, 2010<br><br>**Judge:**　　Hon. Lawrence J. O'Neill |

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the parties' Joint Stipulation Re: (1) Defense Counsel To Accept Service on Behalf of Defendant The American Red Cross; and (2) Previously Filed Answer To Be Deemed To Include Defendant The American Red Cross is granted.

IT IS HEREBY ORDERED THAT counsel for Defendant, The American Red Cross, has accepted service of process on behalf of Defendant The American Red Cross.

/ / /

/ / /

[PROPOSED] ORDER RE: JOINT STIPULATION (CASE NO. 1:10-CV-01932-LJO-GSA)　　　　4850-4642-1512

1   IT IS FURTHER ORDERED THAT the Answer previously filed on behalf of Defendants,
2  Greater Long Beach Chapter of the American Red Cross, Fresno-Madera Chapter of the
3  American Red Cross, Ellen Knapp, Dana Regier, and Nancy Kindelan shall also be deemed to be
4  the answer for Defendant, The American Red Cross.

7  IT IS SO ORDERED.

8   Dated:   **December 8, 2010**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER RE: JOINT STIPULATION (CASE NO. 1:10-CV-01932-LJO-GSA)