UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON SIMMONS,<br><br>               Plaintiff,<br>     vs.<br><br>THE AMERICAN RED CROSS,<br>et al.,<br><br>               Defendant.<br>_____/ | CASE NO. CV F 10-1932 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 17.) |

The parties have filed papers to indicate they require up to January 11, 2012 to complete settlement. Although such delay appears unnecessary, this Court GRANTS the parties an extension up to January 11, 2012 to complete settlement and file papers to dismiss this action in its entirety. If the parties fail to do so, this Court will set expedited discovery, motion and trial dates given the parties' delay.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   November 2, 2011**            /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE