IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN SIMMONS,<br><br>     Plaintiff,<br><br>     vs.<br><br>THE AMERICAN RED CROS,<br>et al.,<br><br>     Defendants.<br>_____/ | CASE NO. CV F 10-1932 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 22.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 10, 2012**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1